# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN WILLIAM KING,

        Plaintiff,

   v.

COUNTY OF LOS ANGELES, et al.,

        Defendants.

Case No. CV 13-04813 SVW (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that

(1)  the Report and Recommendation is accepted and adopted;

(2)  the Motions to Dismiss (ECF Nos. 48 and 61) are granted;

(3)  plaintiff's federal claims against all defendants are dismissed with prejudice;

(4)  plaintiff's state law claims are dismissed without prejudice to plaintiff raising them in state court;

(5)  defendant Rabbani's Motion for Sanctions against plaintiff (ECF No. 66) is denied;

(6)  plaintiff's request for a stay pending resolution of Case No. CV 15-07072-SVW (AFM) is denied; and

(7)  Judgment be entered dismissing this action without further leave to amend**.**

DATED:  October 7, 2016

_____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE