1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN WILLIAM KING,<br><br>              Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>              Defendants. | Case No. CV 13-04813 SVW (AFM)<br><br>**JUDGMENT** |

        Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the action is dismissed.


DATED:  October 7, 2016

_____
            STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE